UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CAROL BELLE,<br><br>                        Plaintiff,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC., d/b/a Jarden Consumer Solutions,<br><br>                      Defendant. | Case No. 2:09-cv-13902-RHC-MAR<br>District Judge Robert H. Cleland<br>Magistrate Judge Mark A. Randon |

| | |
|---|---|
| Ronald M. Applebaum (P45199)<br>Attorney for Plaintiff<br>3000 Town Center, Suite 1800<br>Southfield, MI  48075<br>(248 351-2200 | Stephen T. Moffett (P32274)<br>Thomas L. Vitu (P39259)<br>Attorneys for Defendant<br>255 E. Brown Street, Suite 340<br>Birmingham, MI  48009<br>(248) 646-5100 |
| George E. McLaughlin<br>Of Counsel for Plaintiff<br>McDermott, Hansen & McLaughlin, LLP<br>1890 Gaylord Street<br>Denver, CO  80206<br>Tel:  (303) 399-6037<br>Fax:  (303) 322-3423 | Thomas A. Smart<br>Richard A. De Sevo<br>Tricia M. Beckles<br>Of Counsel for Defendant<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY  10022<br>Tel:  (212) 836-8000<br>Fax:  (212) 836-8689 |

**STIPULATION FOR ENTRY OF ORDER ON DEFENDANT SUNBEAM'S MOTION TO DISMISS COUNTS I-III OF THE COMPLAINT**

WHEREAS Defendant Sunbeam Products, Inc., d/b/a Jarden Consumer Solutions ("Sunbeam"), moved the Court, pursuant to Fed. R. Civ. P. 12(c), for judgment on the pleadings dismissing Counts I-III of the Complaint for failure to state claims upon which relief can be

granted, and Plaintiff Carol Belle and Defendant Sunbeam have agreed to dismissal of Counts I-III of the Complaint with prejudice,

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Carol Belle and Defendant Sunbeam that Counts I, II and III of the Complaint be dismissed with prejudice.

So stipulated:

Dated:  November 11, 2009

| /s/ *George E. McLaughlin* | /s/ *Thomas L. Vitu* |
|---|---|
| George E. McLaughlin, Esquire | Stephen T. Moffett (P32274) |
| Email:  gmclaughlin@mhmlawfirm.com | smoffett@mdaal.com |
| 1890 Gaylord Street | Thomas L. Vitu (P39259) |
| Denver, Colorado  80206-1211 | tvitu@mdaal.com |
| Tel:  (303) 399-6037 | MOFFETT, VITU, LASCOE & PACKUS, PC |
| Fax:  (303) 322-3423 | Attorneys for Defendant |
| Attorney for Plaintiff Carol Belle | 255 E. Brown Street, Suite 340 |
| | Birmingham, MI  48009 |
| | Tel.:  (248) 646-5100 |
| | Fax:  (248) 646-5332 |
| | Attorneys for Defendant Sunbeam Products, Inc. |

## ORDER DISMISSING COUNTS I, II and III of PLAINTIFF'S COMPLAINT WITH PREJUDICE

IT IS HEREBY ORDERED that Counts I, II and III of the Complaint are dismissed with prejudice.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  November 18, 2009


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 18, 2009, by electronic and/or ordinary mail.


   S/Lisa Wagner

Case Manager and Deputy Clerk

(313) 234-5522


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 11, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/*Thomas L. Vitu*


## SERVICE LIST

ATTORNEYS FOR PLAINTIFF:
Ronald M. Applebaum (P45199)
Email:  Rapplebaum@cweinerassociates.com
3000 Town Center, Suite 1800
Southfield, MI  48075
(248) 351-2200

OF COUNSEL FOR DEFENDANT:
Thomas A. Smart
Richard A. De Sevo
Tricia M. Beckles
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
Tel:  (212) 836-8000
Fax:  (212) 836-8689